FILED
12/2/2015 4:34:50 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

ACCEPTED
04-15-00766-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/4/2015 1:41:30 PM
KEITH HOTTLE
CLERK

04-15-00766-CV

## CAUSE NO. 2015CI04661

| | | |
|---|---|---|
| LILIANA DIAZ-MOORE | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 166TH JUDICIAL DISTRICT |
| | § | |
| STATE FARM COUNTY MUTUAL | § | |
| INSURANCE COMPANY OF TEXAS | § | |
| AND GILBERT BELTRAN, JR. | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/4/2015 1:41:30 PM
KEITH E. HOTTLE
Clerk

### *DEFENDANT STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS' NOTICE OF APPEAL FOR RESTRICTED APPEAL*

TO THE HONORABLE JUDGE OF SAID COURT:

DEFENDANT STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS desires to appeal from the Default Judgment signed by this Court on June 2, 2015 and shows the Court as follows:

### I.

Defendant appeals to the Fourth Court of Appeals.

### II.

Defendant is a Party affected by the Judgment of the Trial Court.

### III.

Defendant did not participate, personally or through an attorney, in the hearing that resulted in the Final Default Judgment that Defendant is appealing.

### IV.

Defendant did not timely file any post-judgment motions, a request for findings of fact and conclusions of law, or a notice of appeal.

Respectfully submitted,

ALLEN, STEIN & DURBIN, P.C.
6243 I.H. 10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201
(210) 734-7488 (Telephone)
(210) 738-8036 (Telecopier)

JENNIFER GIBBINS DURBIN
State Bar No. 07840500
jdurbin@asdh.com

KATHERINE M. WILLIS
State Bar No. 24033472
kwillis@asdh.com

**ATTORNEYS FOR DEFENDANT
STATE FARM COUNTY MUTUAL
INSURANCE COMPANY OF TEXAS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing *Defendant State Farm County Mutual Insurance Company of Texas' Notice of Appeal for Restricted Appeal* was this 2nd day of December, 2015, forwarded via facsimile to:

Mr. Carmine Giardino
The Giardino Law Firm, Inc.
P. O. Box 65136
San Antonio, Texas 78265
*Attorney for Liliana Diaz-Moore*

JENNIFER GIBBINS DURBIN
KATHERINE M. WILLIS

#1360836/2256 028/KMW/lb

2